■ In the Matter of the Custody of Crystiana M., an Infant. Erie County Department of Social Services, Respondent; Crystal M., Appellant. [18 NYS3d 907]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered August 1, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the subject child in the custody of Tammy A.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Francis S. [Wendy H.]*, 67 AD3d 1442 [2009], *lv denied* 14 NY3d 702 [2010]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.